STATE v. MONTFORD

No. 414P00

Case below: 137 N.C. App. 495

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 20 December 2000.

STATE v. MOODY

No. 64A96-2

Case below: Davidson County Superior Court

Petition by defendant for writ of certiorari to review the order of the Superior Court, Davidson County, denied 20 December 2000.

STATE v. MOSS

No. 343P00

Case below: 139 N.C. App. 106

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 20 December 2000.

STATE v. OVERTON

No. 465P00

Case below: 138 N.C. App. 555

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 20 December 2000.

STATE v. PERKINS

No. 60A94-3

Case below: Pitt County Superior Court

Application by defendant for writ of habeas corpus denied 29 November 2000.